**People of the State of Illinois, Plaintiff-Appellee, v. Arthur Irvin, Defendant-Appellant.**

**Gen. No. 52,012.**

First District, Second Division.

October 7, 1969.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Theodore A. Gottfried and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago (Elmer C. Kissane, Assistant State's Attorney, of counsel), for appellee. Opinion by JUSTICE BURKE. Not to be published in full.